# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

156509 (75)(76)(77)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC:  156509
                                           COA:  331332
                                           Gladwin CC:  15-007784-FH

JOHN LEE CARTER,
      Defendant-Appellant.

_____/

      On order of the Court, the motions for bond and/or immediate release pending appeal, for immediate hearing and/or order to show cause for continued imprisonment, and for immediate relief are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018



Clerk

p1022